IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

OLD DOMINION FREIGHT LINE, INC.  )
                                  )
       Plaintiff,       )
                                  )
  v.                       )       1:25-cv-386
                                  )
JOHN DOES and JANE DOES,      )
                                  )
       Defendants.     )

## ORDER

This matter comes before the court upon Plaintiff's Motion to Dissolve Temporary Restraining Order, Return Bond, and Cancel Preliminary Injunction Hearing. (Doc. 19.) Plaintiff Old Dominion Freight Line, Inc. ("Old Dominion") moves the court for dissolution of the Temporary Restraining Order, (Doc. 9), cancellation of the Preliminary Injunction Hearing scheduled on August 1, 2025, and requests that the $2,000 bond paid as security for the Temporary Restraining Order be returned. Having considered the motion, and for good cause shown, this court finds that the Temporary Restraining Order, (Doc. 9), filed May 23, 2025, shall be dissolved and the Preliminary Injunction Hearing currently scheduled for August 1, 2025 shall be cancelled. Furthermore, in accordance with this court's Temporary Restraining Order, Plaintiff Old Dominion posted a security bond in the amount of $2,000.00. (See Docket Entry

5/29/2025.) In light of the withdrawal of the Temporary Restraining Order, the Clerk of Court shall release and return the bond in the amount of $2,000, payable to the firm of Nelson Mullins Riley & Scarborough LLP.

    **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dissolve Temporary Restraining Order, Return Bond, and Cancel Preliminary Injunction Hearing, (Doc. 19), is **GRANTED.**

    **IT IS FURTHER ORDERED** that the Temporary Restraining Order entered May 23, 2025, (Doc. 9), is hereby **DISSOLVED** and deemed of no further force or effect as of the date of this Order.

    **IT IS FURTHER ORDERED** that the Clerk of Court is directed to release and return the posted bond in the amount of 2,000, payable to the firm of Nelson Mullins Riley & Scarborough LLP.

    The Preliminary Injunction Hearing scheduled before this court on August 1, 2025 is **CANCELLED.**

    This the 31st day of July, 2025.

                                              */s/ William L. Osteen, Jr.*
                                              United States District Judge